FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>        Petitioner,<br><br>    v.<br><br>RAUL LOPEZ, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 10-1953-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  3.7.12 .

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HEARNS, J 1953\Judgment.wpd